UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-81705-CIV-ALTMAN/Brannon

**LOOKENS SALOMON**,

    *Plaintiff*,

v.

**WALMART INC.**,

    *Defendant*.

_____/

### ORDER

The parties have filed a joint Stipulation of Dismissal with Prejudice. [ECF No. 20]. The Court hereby **ORDERS AND ADJUDGES** as follows:

1. The above-styled action is administratively **CLOSED**.

2. The Complaint is **DISMISSED with prejudice**, with the parties to bear their own attorneys' fees and costs associated with this action.

3. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 2nd day of March 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record